DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Michael Wood<br><br>Defendant(s). | Criminal No.   16-cr-271(RBK)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant Michael Wood submitted sentencing materials to the Court in this case.

Date:   11/13/2018

By: Henry E. Klingeman
_____
s/Henry E. Klingeman