**KLINGEMAN CERIMELE, ATTORNEYS**
Henry E. Klingeman, Esq. (Attorney No. 039081994)
Ernesto Cerimele, Esq. (Attorney No. 034962010)
60 Park Place, Suite 100
Newark, New Jersey 07102
(973) 792-8822
Attorneys for Defendant Michael Wood

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> MICHAEL WOOD <br><br> Defendants. | Crim. No.: 16-cr-271(RBK) <br><br> **ORDER PERMITTING DEFENDANT TO TRAVEL FOR PURPOSE OF EMPLOYMENT** |

 **THIS MATTER** having been opened to the Court by Klingeman Cerimele, attorneys for defendant Michael Wood, Ernesto Cerimele, Esq. appearing; and for good cause shown,

 **IT IS** on this __22d__ day of __July__ 2021,

 **ORDERED** that Defendant Michael Wood is authorized to travel domestically and internationally for employment purposes provided the flight originates in the United States and lands in the United States; and it is further

 **ORDERED** that all other terms and conditions of supervised release previously imposed remain in full force and effect, except as modified by this Order.

_____
HONORABLE ROBERT B. KUGLER
United States District Court Judge
