IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | Crim. No. 16-271 (RBK) |
| v. : | |
| : | **ORDER** |
| MICHAEL WOOD, : | |
| Defendant. : | |

**KUGLER**, United States District Judge:

This matter comes before the Court upon Defendant Michael Wood's motion for early termination of his term of supervised release (ECF No. 208); for the reasons set forth in the corresponding Opinion, it is

**HEREBY ORDERED** Defendant's motion (ECF No. 208) is **DENIED**.

Dated: July 25, 2022                              /s/ Robert B. Kugler
                                                  ROBERT B. KUGLER
                                                  United States District Judge